IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRAYAN CORDOBA TOBAR,         )
                              )
     Plaintiff,               )
                              )
                              )    CIVIL ACTION NO.
     v.                       )      2:25cv238-MHT
                              )         (WO)
NATIONAL GENERAL              )
INSURANCE COMPANY, an         )
Allstate Company, a           )
Missouri Corporation;         )
et al.,                       )
                              )
     Defendants.              )
```

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. 13), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with costs taxed as paid.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of May, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**